IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | Chapter 11 |
| ) | |
| **AMERICAN CUSTOM** ) | |
| **PUBLISHING CORP.,** ) | No. 10 B 25917 |
| ) | |
| Debtors. ) | |

# N O T I C E

TO:     Office of U.S. Trustee, Via CM/ECF System
        See Attached List, Via U.S. Mail

PLEASE TAKE NOTICE that on the 28th of June, 2011, at the hour of 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **JACK B. SCHMETTERER,** Bankruptcy Judge, in Courtroom No.682, or before such other Judge as may be sitting in his place and stead, U. S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion, at which time and place you may appear, if you so see fit.

/s/ Joseph E. Cohen
JOSEPH E. COHEN
105 West Madison Street, Suite 1100
Chicago, IL 60602
312/368-0300

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF C O O K    )

JOSEPH E. COHEN, being first duly sworn on oath, deposes and states that he served a copy of the foregoing Notice together with a copy of the Motion attached thereto, directed to the persons above, via Electronic System or the U.S. Mails at Chicago, Illinois, this 8th day of June, 2011.

/s/ Joseph E. Cohen

```
Label Matrix for local noticing          American Custom Publishing Corporation    Libertyville Bank & Trust Company
0752-1                                   1850 W. Winchester                        c/o Ralph, Schwab & Schiever, Chtd.
Case 10-25917                            Suite 213                                 175 E. Hawthorn Parkway, Suite 345
Northern District of Illinois            Libertyville, IL 60048-5355               Vernon Hills, IL 60061-1460
Chicago
Wed Jun  8 11:19:01 CDT 2011
U.S. Bankruptcy Court                    Advanta Bank Corp. in receivership of     (p)ADVANTA
Eastern Division                         FDIC                                      700 DRESHER RD
219 S Dearborn                           POB 3001                                  HORSHAM PA 19044-2206
7th Floor                                Malvern, PA 19355-0701
Chicago, IL 60604-1704


American Express                         American Express Bank, FSB                Aurora Plastics and Packaging
P. O. Box 0001                           c o Becket and Lee LLP                    2006  196th Street, S.W.
Los Angeles, CA 90096-8000               POB 3001                                  Suite 103
                                         Malvern, PA 19355-0701                    Lynnwood, WA 98036-7042


Bank of America                          Fia Card Services, NA As Successor In Intere   (p)INTERNAL REVENUE SERVICE
P. O. Box 15710                          Bank of America NA and Mbna America Bank       CENTRALIZED INSOLVENCY OPERATIONS
Wilmington, DE 19886-5710                1000 Samoset Drive                             PO BOX 7346
                                         DE5-023-03-03                                  PHILADELPHIA PA 19101-7346
                                         Newark, DE 19713-6000


Libertyville Bank & Trust Company        Libertyville Bank & Trust Company         Lithographics of Wisconsin, Inc.
507 N. Milwaukee Avenue                  David J Schwab                            16500 West Ryerson Road
Libertyville, IL 60048-2000              Ralph Schwab & Schiever Chartered         New Berlin, WI 53151-3634
                                         175 E Hawthorn Parkway Suite 345
                                         Vernon Hills, IL 60061-1460


Norwood Promotional Products             Performance Mailing and Printing          The Marek Group
P. O. Box 952349                         777 N. Milwaukee Avenue                   W228 N821 Westmound Drive
Saint Louis, MO 63195-2349               Libertyville, IL 60048-1913               Waukesha, WI 53186-1691


Uline                                    Gina B Krol ESQ                           Joseph E Cohen
2200 South Lakeside Drive                Cohen & Krol                              Cohen & Krol
Waukegan, IL 60085-8311                  105 West Madison Street #1100             105 West Madison Suite 1100
                                         Chicago, IL 60602-4600                    Chicago, IL 60602-4600


Patrick S Layng                          Yan Teytelman
Office of the U.S. Trustee, Region 11    Cohen & Krol
219 S Dearborn St                        105 West Madison St.
Room 873                                 Suite 1100
Chicago, IL 60604-2027                   Chicago, IL 60602-4600
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Advanta Business Cards                   Internal Revenue Service
P. O. Box 8088                           POB 21126
Philadelphia, PA 19101                   Philadelphia, PA 19114
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)American Express Bank, FSB

(u)Aurora Plastic's & Packaging

(u)Performance Mailing & Printing

(u)The Harkek Group, Inc

(u)Uline Shipping Supplies

(d)American Express
PO Box 0001
Los Angeles, CA 90096-0001

(d)Bank of America
P. O. Box 15710
Wilmington, DE 19886-5710

(d)Uline
2200 South Lakeside Drive
Waukegan, IL 60085-8311

(u)Henry Krauss

End of Label Matrix
Mailable recipients   22
Bypassed recipients    9
Total                 31

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | IN CHAPTER 11 |
| ) | |
| **AMERICAN CUSTOM** ) | |
| **PUBLISHING CORP.,** ) | No. 10 B 25917 |
| ) | |
| Debtor(s). ) | |

## MOTION FOR ENTRY OF FINAL DECREE

TO THE HONORABLE **JACK B. SCHMETTERER**,
BANKRUPTCY JUDGE

Now comes AMERICAN CUSTOM PUBLISHING CORP., Debtor herein, and respectfully represents unto this Honorable Court as follows:

1. That on the 8th day of June, 2010, the above-named Debtor filed the above-captioned Chapter 11 petition.

2. That this Honorable Court entered an Order confirming the Debtor's Plan of Liquidation on January 31, 2011.

3. That the Debtor has made the initial distributions due under the Plan of Liquidation.

4. That the Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

WHEREFORE, AMERICAN CUSTOM PUBLISHING CORP., Debtor herein, prays for the entry of a Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy Court to close this case, and for such other and further relief as the Court shall deem proper.

| | |
|---|---|
| JOSEPH E. COHEN | AMRICAN CUSTOM PUBLISHING CORP., |
| GINA B. KROL | Debtor |
| YAN TEYTELMAN | |
| COHEN & KROL | |
| 105 W. Madison St., Ste 1100 | BY: /s/ JOSEPH E. COHEN |
| Chicago, IL 60602 | One of Attorneys for Debtor |
| 312/368-0300 | |